U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 23 2016

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| KENNETH LEE WHEELER | CIVIL ACTION NO. 15-2419 |
| VS. | SECTION P |
| WAYNE MELANSON, ET AL | JUDGE DOHERTY |
| | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's action is **DISMISSED WITH PREJUDICE**, as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii).

**THUS DONE AND SIGNED**, in chambers, ~~in Lafayette~~, Louisiana, on this 23 day of May, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE